**MURPHY'S LTD., Appellant,**

v.

**MURPHY'S BREWERY IRELAND LIMITED. Appellee.**

No. 01–1182.
Cancellation No. 25,091.

United States Court of Appeals,
Federal Circuit.

Dec. 12, 2001.

Before GAJARSA, Circuit Judge, PLAGER, Senior Circuit Judge, and DYK, Circuit Judge.

### *Judgment*

PER CURIAM.

*This CAUSE having been heard and considered, it is ORDERED and AD-JUDGED*

AFFIRMED. *See* Fed. Cir. R.36.